**Opinion issued April 11, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-01099-CV

_____

**CATHERINE CHANDLER, Appellant**

**V.**

**556 LINDA VISTA LP, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1121001**

---

## MEMORANDUM OPINION

Appellant, Catherine Chandler, has failed to timely file a brief. *See* TEX. R.

APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant

to file brief). After being notified that this appeal was subject to dismissal, appellant

did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.